# OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Michelle Hamilton DAVY, Respondent.

### No. 886 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 21, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2005, on certification by the Disciplinary Board that the respondent, Michelle Hamilton Davy, who was suspended by Order of this Court dated March 8, 2004, consistent with the Order of the Court of Appeals of Maryland dated September 8, 2003, was reinstated by the Court of Appeals of Maryland on December 7, 2004, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, Michelle Hamilton Davy shall hereby resume inactive status.

# OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Andrew C. ABRAMS, Respondent.

### No. 927 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Jan. 21, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2005, there having been filed with this Court by Andrew C. Abrams his verified Statement of Resignation dated December 1, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Andrew C. Abrams be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.